# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**LAKESHA BRYANT,**

        Plaintiff,

v.                                                                              Case No. 20-2216-DDC-JPO

**NEBRASKA FURNITURE MART,**

        Defendant.

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Pursuant to the Memorandum and Order (Doc. 20) filed on January 26, 2021, plaintiff shall take nothing and this action is dismissed.**

   02/22/2021                                                     TIMOTHY M. O'BRIEN
      Date                                                          CLERK OF THE DISTRICT COURT

                                                                        by:   s/ Megan Garrett
                                                                                 Deputy Clerk